**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6858**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

NICHOLAS OMAR MIDGETTE,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Louise W. Flanagan, District Judge. (4:04-cr-00054-FL-1; 4:12-cv-00008-FL)

Submitted: October 23, 2018              Decided: October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicholas Omar Midgette, Appellant Pro Se. Christopher Michael Anderson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas Omar Midgette appeals the district court's orders denying his motion for pre- and post-judgment interest following its vacation of his 2005 conviction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Midgette*, Nos. 4:04-cr-00054-FL-1; 4:12-cv-00008-FL (E.D.N.C. April 20, 2018 & July 10, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
